**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LJENA L.,

                     Plaintiff,                                  21 **CIVIL** 8056 (GRJ)

          -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated February 21, 2023, Plaintiff is GRANTED judgment on the pleadings and this matter is remanded for further proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:**  New York, New York
            February 21, 2023

                                                              **RUBY J. KRAJICK**

                                                                     _____
                                                                        **Clerk of Court**

                                           **BY:**              _____
                                                                         **Deputy Clerk**